RECEIVED

JUN 2 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TIMOTHY SUMRALL | CIVIL ACTION NO. 04-2260 |
| *Plaintiff/Intervenor-defendant* | Consolidated with 04CV2350 |
| JODY E. CARPENTER | |
| *Consolidated Plaintiff/Intervenor-defendant* | |
| LEES AIR CONDITIONING | |
| LOUISIANA UNITED BUSINESS ASSOC. SELF INSURED FUND | |
| *Intervenor-plaintffs* | |
| VERSUS | JUDGE DOHERTY |
| LINDA L. ABERNATHY | MAGISTRATE JUDGE METHVIN |
| WEST TEXAS DRUM CO. | |
| ILLINOIS NATIONAL INS. CO. | |
| *Defendants/Intervenor-defendants* | |

## RULING ON MOTION TO COMPEL
*(Rec. Doc. 48)*

Before the court is the Motion to Compel Written Discovery Responses filed by defendant, Linda Abernathy, on May 26, 2006. The motion is unopposed.

In her motion, Abernathy seeks responses to the second set of interrogatories and request for production of documents propounded on plaintiff, Jody E. Carpenter, on March 6, 2006. Abernathy asserts that several letters have been sent to plaintiff's counsel requesting the responses, but no responses have been provided. Considering the foregoing,

**IT IS HEREBY ORDERED** that defendant's Motion to Compel Written Discovery Responses is **GRANTED**. Plaintiff, Jody E. Carpenter, shall provide full and complete responses to defendant's second set of interrogatories and request for production of documents **within ten (10) days of the date of this order.**

**IT IS FURTHER ORDERED** that, pursuant to F.R.Civ.P. 37(a)(4), plaintiff, Jody E. Carpenter shall pay the attorney's fees and costs incurred in connection with the filing and prosecution of the extant motion to compel. Counsel for the defendant Abernathy shall file an affidavit of fees and costs into the record **on or before July 10, 2006** in order to assist the court in the assessment of a reasonable fees and costs award. The affidavit(s) shall contain: (1) The customary hourly rate of each attorney and paralegal involved; (2) a detailed description of each task completed, and a statement of the amount of time expended upon each task; and (3) an itemized list of expenses incurred. Failure to file the affidavit in the form required and/or within the deadline imposed will render the award null and void. **Objections to the affidavit shall be filed on or before July 25, 2006.**

The Clerk of Court shall notice any affidavit filed for consideration on the undersigned's July motion calendar, without oral argument, as an "assessment of Rule 37(a)(4) fees and expenses."

**IT IS FURTHER ORDERED** that the Clerk shall FAX a copy of this order to all counsel of record.

Signed at Lafayette, Louisiana on June _____22_____, 2006.

COPY SENT:
DATE: 6/22/06
BY: CMW
TO: MEM
Edwards
Hollier
Juneau
Lane
via fax
via e-mail → Lemoine
Nations

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

smb. C:\wpdocs\egg\acivil\2004\042260.Sumrall.compel.wpd 6/21/06